for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Messrs. Wm. Watson Smith, Leon E. Hickman,* and *R. L. Batts* for respondents.

No. 448. GREENBAUM, ADMINISTRATRIX, *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. George Silberstein* for petitioner. *Messrs. Frederick H. Nash, Claude R. Branch,* and *Arthur C. Patterson* for respondent.

No. 458. SHREVEPORT PRODUCING & REFINING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, S. E. Blackham,* and *H. Brian Holland* for respondent.

No. 464. EASTERN OHIO TRANSPORT CORP. *v.* WHEELING ET AL. November 12, 1934. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Howard D. Matthews* for petitioner. *Mr. Charles M. McCamic* for respondents.

No. 473. SHEFFORD CHEESE Co. *v.* LAKESHIRE CHEESE Co. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur M. Hood* and *Louis Quarles* for

petitioner. *Mr. Charles Neave* for respondent.

No. 495. PITTSBURGH TERMINAL COAL CORP. *v.* BENNETT, ADMINISTRATRIX. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert T. McCracken* and *Sidney J. Watts* for petitioner. *Messrs. Harvey A. Miller* and *G. C. Ladner* for respondent.

No. 462. HUDSON ET AL. *v.* TEXAS GULF SULPHUR CO. ET AL. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Nathan L. Miller* and *William W. Miller* for petitioners. *Messrs. Joseph M. Hartfield, Richard T. Fleming,* and *Jacob J. Lesser* for respondents.

Nos. 512 and 513. CONSOLIDATED DAIRY PRODUCTS CO., INC. *v.* IRVING TRUST CO., TRUSTEE. November 19, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Edward H. Green* for petitioner. *Mr. William D. Whitney* for respondent.

No. 110. JOHNSON, RECEIVER, ET AL. *v.* KANSAS CITY. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.